

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Vernon Stoker, Sr., Appellant

No. 06-12-00051-CV          v.

Cherokee Water Company, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2009-474). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Vernon Stoker, Sr., pay all costs of this appeal.

RENDERED JANUARY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk